IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **J.E.B.**, individually and as next friend to **F.C.B.**,<br><br>Plaintiff(s),<br><br>VS.<br><br>**CLAY DEAN HILL**, individually and d/b/a **SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.; JUAN J. SANCHEZ**, individually and d/b/a, **SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC.**,<br><br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  **CIVIL ACTION NO. 1:19-CV-444-LY**<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS JUAN J. SANCHEZ'S AND SOUTHWEST KEY PROGRAMS, INC.'S SUBMISSION OF TRIAL COURT DOCUMENTS**

Pursuant to the Court's Order of April 24, 2019, the removing parties, Defendants Juan J. Sanchez and Southwest Key Programs, Inc., hereby submit all state court pleadings filed with the 419th Judicial District Court of Travis County, Texas, under Cause No.: D-1-GN-19-001591 in the removed action as of May 1, 2019 (attached hereto as **Exhibit A**).

Respectfully submitted,

**TAYLOR|ANDERSON, LLP**

BY:  /s/ Floyd R. Hartley, Jr.
  **Floyd R. Hartley, Jr.**
  State Bar No.: 0798242
  fhartley@talawfirm.com

  1600 Broadway, Suite 900
  Denver, Colorado 80231
  TEL: (303) 551-6660
  FAX: (303) 551-6655

  ATTORNEY FOR DEFENDANTS

*Juan J. Sanchez, individually and d/b/a*
*Southwest Key; Southwest Key Programs, Inc.*

# CERTIFICATE OF SERVICE

On the 1st day of May, 2019, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas, using the Electronic Filing System of the Court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*VIA E-SERVICE & EMAIL:*
John Judge
Judge, Kostura & Putman, P.C.
2901 Bee Cave Road, Box L
Austin, Texas 78746
jjudge@jkplaw.com

*Attorney for Plaintiffs*

*VIA E-SERVICE & EMAIL:*
Ricardo de Anda
De Anda Law Frim, P.C.
212 Flores Avenue
Laredo, Texas 78040
deandalaw@gmail.com

*Attorney for Plaintiffs*

*VIA E-SERVICE & EMAIL:*
Jay Harvey
Winckler & Harvey, LLP
4407 Bee Cave Road, Building 2, Suite 222
Austin, Texas 78746
jharvey@wincklerharvey.com

*Attorney for Plaintiff*

  */s/ Floyd R. Hartley, Jr.*
**Floyd R. Hartley, Jr.**