CIVIL ACTION NO. 1:19-CV-444-LY

# EXHIBIT A

# LAW OFFICE OF
# WES GRIGGS

301 SOUTH 17TH STREET
P.O. BOX 517
WEST COLUMBIA, TEXAS 77486

979.345.5188
FAX: 979.345.4246
EMAIL: WES@WESGRIGGSLAW.COM
MICHAELA@WESGRIGGSLAW.COM

## TELECOMMUNICATIONS COVER SHEET

**TO:** Floyd R. Hartley
Attorney at Law
Taylor Anderson, LLP

1.303.551.6655

**CC:**

**FROM:** Wes Griggs
Attorney At Law

**DATE:** _May 2, 2019_

**TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: 5**

**Hard copy to follow via U.S. Postal Service: Yes     No •**

If you do not receive all the pages indicated above, please call us back as soon as possible at (979) 345-5188.

The person to contact is: _Michaela Nordin_

**COMMENTS:**     RE: Cause No. D-1-GN-19-001591; J.E.B, individually and as next friend to F.C.B., Plaintiff v. CLAY DEAN HILL, individually and d/b/a SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.); JUAN J. SANCHEZ, individually and d/b/a, SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC, Defendant; In the 419th Judicial District Court; Travis County, Texas

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF THE READER OF THIS MESSAGE IS NOT THE ADDRESSEE OR THE PERSON RESPONSIBLE FOR DELIVERING TO THE ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU FOR YOUR COOPERATION.

CAUSE NO. D-1-GN-19-001591

| | |
|---|---|
| J.E.B., individually and as next friend to F.C.B., Plaintiff | § IN THE DISTRICT COURT § § § |
| VS. | § § |
| CLAY DEAN HILL, individually and d/b/a SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.); JUAN J. SANCHEZ, individually and d/b/a, SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC, Defendant | § TRAVIS COUNTY, TEXAS § § § § § § § 419ᵀᴴ JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF THE DEFENDANT CLAY DEAN HILL

TO THE HONORABLE COURT:

Clay Dean Hill (last three numbers of Social Security number: 272; last three numbers of Texas drivers license number: 722) (the Defendant Hill) files this original answer to the Plaintiff's original petition, and for answer shows:

### 1. Special Exceptions

The Defendant Hill specially excepts to the Plaintiff's Original Petition in its entirety. The Plaintiff purports to state a claim against the Defendant Hill by referring to him and the separate, corporate defendant, Shiloh Treatment Center Inc., collectively as "Shiloh" and yet nowhere states any basis in fact or at law for a claim against the Defendant Hill, individually. The Defendant Hill requests that the Court make an order sustaining this special exception, requiring the Plaintiff to amend the petition to state a cause of action against the Defendant Hill, individually, separate and apart from, and as

distinguished from, the Defendant Shiloh Treatment Center, Inc. on or before such date as the Court may determine, and providing that, if the Plaintiff fails or refuses to amend, the action as to the Defendant Hill will be stricken from the pleadings, and the Defendant Hill will be dismissed from this lawsuit.

## 2. General Denial

Defendant Hill denies generally every allegation contained in Plaintiff's original petition and demands strict proof by a preponderance of the credible evidence.

## 3. Special Denial

Defendant Hill specially denies each and every allegation or implication contained in Plaintiff's original petition that he, individually, is liable under the facts which are the basis of this suit.

## 4. Request for Disclosure

Pursuant to Texas Rule of Civil Procedure 194, you are requested to disclose, within thirty (30) days of service of this request, the information and material described in Rule 194.2 as set forth on Exhibit A attached hereto.

WHEREFORE, the Defendant Hill requests judgment of the Court as follows:

1. That his Special Exceptions be sustained;

2. That this lawsuit as it pertains to the Defendant Hill be dismissed and that the Plaintiff take nothing by this suit;

3. That the Defendant Hill recover all costs together with such other and further relief to which the Defendant Hill may be entitled.

Original Answer - Hill
April 29, 2019					Page 2 of 4

Respectfully submitted,

*/s/ Wes Griggs*

WES GRIGGS
SBN: 08489100
301 South 17th Street
P.O. Box 517
West Columbia, Texas 77486
Tel: 979.345.5188

Fax: 979.345.4246
Eml: service@wesgriggslaw.com
Attorney for Defendant Clay Dean Hill

### JURAT

My name is Clay Dean Hill, and I am one and the same person who has been named as a defendant in the above referenced lawsuit. I declare under penalty of perjury that the foregoing Original Answer and that every statement contained in Paragraph 3, entitled "Special Denial" of the Original Answer are within my personal knowledge and are true and correct.

_____
CLAY DEAN HILL

**THE STATE OF TEXAS**     §
**COUNTY OF BRAZORIA**    §

This instrument was acknowledged before me on the __1st__ th day of __May__, 2019 by **Clay Dean Hill**.

_____
Notary Public, State of Texas

LAURA JAMIESON
ID #125530433
My Commission Expires
January 12, 2022

## Certificate of Service

I certify that on the 1st day of May 2019, a true and correct copy of this document was served to all parties according to Rules 21 and 21a of the Texas Rules of Civil Procedure.

_____
WES GRIGGS