IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **J.E.B.,** individually and as next friend to **F.C.B.,** | § § § | |
| Plaintiff(s) | § § | |
| VS. | § § | |
| **CLAY DEAN HILL,** individually and d/b/a **SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.; JUAN J. SANCHEZ,** individually and d/b/a **SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC.,** | § § § § § § § § | CIVIL ACTION NO.: 1:19-cv-00444 |
| Defendants | § § | |

**DEFENDANT'S NOTICE OF CONSENT TO REMOVAL**

Defendant, Shiloh Treatment Center, Inc., files this consent to removal under 28 U.S.C. §1446(b)(2).

1. Plaintiffs are J.E.B., individually and as next friend of F.C.B. Defendants are Clay Dean Hill, individually and d/b/a Shiloh Treatment Center, Shiloh Treatment Center, Inc. ("Shiloh"), Juan J. Sanchez, individually and d/b/a Southwest Key, and Southwest Key Programs, Inc.("SWK").

2. On March 21, 2019, Plaintiffs filed suit against Defendants in the 419th Judicial District court in Travis County, Texas. Plaintiffs are the father and son residents and citizens of Guatemala who, while allegedly in search of asylum in the United States, were apprehended by law enforcement authorities in February 2018, taken into custody, and then separated from each other. *See* Plaintiffs' Petition ¶¶ 3, 14-15. In April of 2018, Plaintiff J.E.B., the father, was allegedly

deported to Guatemala while minor Plaintiff F.C.B. remained in the custody of the United States government, initially being placed in a facility operated by SWK in Arizona from February to June of 2018, and then transferred to a facility operated by Shiloh Treatment Center, Inc. on June 21, 2018. *See id.* at ¶¶ 15-16, 23-24. Plaintiff F.C.B. allegedly remained at Shiloh from June 21, 2018, until he was deported to Guatemala in December of 2018. *Id.* at ¶¶ 20, 24-25. Plaintiffs assert that during F.C.B's time at Shiloh he was improperly treated with medication without consent, was misdiagnosed, and was sexually assaulted by another child. *Id* at ¶¶ 16-19, 25-35.

3.  On April 24, 2019, Defendants Juan J. Sanchez and Southwest Key Program's Inc. filed a Notice of Removal to Federal Court.

4.  Defendant Shiloh Treatment Center, Inc. was served with the suit on April 22, 2019. Defendant timely files this Notice of Consent pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of receipt, through service or otherwise, of a copy of Plaintiff's Original Petition.

5.  Defendant Shiloh Treatment Center, Inc. agrees with the notice of removal and consents to removal of this suit to federal court.

    WHEREFORE, the foregoing reasons, Shiloh consents to removal of this suit from state to federal Court pursuant to 28 U.S.C. §1446(b)(2).

                        Respectfully submitted,

                        TRIBBLE ROSS

By:    /*s/ Wesson H. Tribble*/
        Wesson H. Tribble
        State Bar No. 20213960
        Email: wtribble@tribblelawfirm.com
        6371 Richmond Ave.
        Houston, Texas 77057
        Telephone:  (713) 622-0444
        Facsimile:   (713) 622-0555

**ATTORNEY FOR DEFENDANT,
SHILOH TREATMENT CENTER, INC.**

## CERTIFICATE OF SERVICE

On this the 10th day of May, 2019, I electronically submitted the foregoing document with the Clerk of Court of the United States District Court, Western District of Texas, using the Electronic Filing System of the Court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*VIA E-SERVICE:*
John Judge
Judge, Kostura, & Putnam, P.C.
2901 Bee Cave Roadx, Box L
Austin, Texas 78746
jjudge@jkplaw.com
*Attorney for Plaintiffs*

Ricardo de Anda
De Anda Law Firm, P.C.
212 Flores Avenue
Laredo, Texas  78040
deandalaw@gmail.com
*Attorney for Plaintiffs*

Jay Harvey
Winckler & Harvey, LLP
4407 Bee Cave Road, Building 2, Suite 222
Austin, Texas  78746
jharvey@wincklerharvey.com
*Attorney for Plaintiff*

Floyd H. Hartley, Jr.
Taylor | Anderson, LLP
8150 North Central Expressway
Dallas, Texas 75206
fhartley@talawfirm.com
*Attorneys for Juan Sanchez, Ind.*
*d/b/a Southwest Key & Southwest*
*Key Programs, Inc.*

Wes Griggs
Law Offices of Wes Griggs
301 South 17th Street
P.O. Box 517
West Columbia, Texas  77486
wes@wesgriggslaw.com
*Attorney for Co-Defendant Clay Hill,*
*individually and as d/b/a Shiloh Treatment*
*Center*


      /s/ *Wesson H. Tribble*_____
      Wesson H. Tribble