IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.E.B., individually and as next friend to F.C.B., <br><br> Plaintiff(s), <br><br> VS. <br><br> CLAY DEAN HILL, individually and d/b/a SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.; JUAN J. SANCHEZ, individually and d/b/a, SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC., <br><br> Defendant(s). | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:19-CV-00444-LY |

## MOTION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Kevin S. Taylor, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Juan J. Sanchez and Southwest Key Programs, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and member of the law firm TAYLOR|ANDERSON, LLP, with offices at:

   1670 Broadway, Suite 900
   Denver, Colorado 80202
   Telephone: (303) 551-6660
   Facsimile: (303) 551-6655

2. Since January 31, 1991, Applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 20209.

{00080664 }

3. Applicant has been admitted to practice before the following courts:

| COURT | LICENSE NUMBER | ADMITTED |
|---|---|---|
| U.S. District Court of Colorado | 20209 | 1/8/1996 |
| U.S. Court of Appeals, 10th Circuit | 20209 | 11/2/2005 |
| Supreme Court of California | 141875 | 11/8/1989 |
| U.S. District Court, Central District of California | 141875 | 8/6/2001 |
| U.S. Court of Appeals, 9th Circuit | 141875 | 4/22/1991 |
| U.S. Court of Appeals, 1st Circuit | 1166513 | 4/22/2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant has not been charged, arrested, or convicted of a criminal offense.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

> Floyd R. Hartley, Jr.
> State Bar No.: 0798242
> fhartley@talawfirm.com
> TAYLOR|ANDERSON, LLP
> 1670 Broadway, Suite 900
> Denver, Colorado 80202
> Telephone: (303) 551-6660
> Facsimile: (303) 551-6655

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

{00080664 }

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

**WHEREFORE**, Applicant prays that this Court enter an order permitting the admission of Kevin S. Taylor to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_____
Kevin S. Taylor

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26th day of August, 2019.

_____
Kevin S. Taylor

{00080664}