#

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **J.E.B.**, individually and as next friend to **F. C. B.**, Plaintiff, | § § § § § | CIVIL NO.: 1:19-CV-444-LY |
| VS. | § § |  |
| **CLAY DEAN HILL**, individually and d/b/a **SHILOH TREATMENT CENTER**, **SHILOH TREATMENT CENTER, INC.**); **JUAN J. SANCHEZ, INDIVIDUALLY** and d/b/a, **SOUTHWEST KEY**; AND **SOUTHWEST KEY PROGRAMS, INC**, Defendant. | § § § § § § § | |

## **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

TO:  THE HONORABLE COURT.  Plaintiff files his Motion to Dismiss without Prejudice.

Plaintiff moves the court to dismiss his claims against Defendants in the above entitled and numbered cause without prejudice to refiling.  Plaintiff has conferred with defendants who have agreed that the motion be filed as unopposed with the provision that Defendants do not waive any rights they may have pursuant to Federal Rule of Civil Procedure 41(d) to seek reimbursement of all or a part of their costs from this suit in the unlikely event that Plaintiff refiles this action.  #     #       #       #       #       #       #       #

Respectfully Submitted,



THE COMMISSIONERS HOUSE AT HERITAGE SQUARE
2901 Bee Cave Road, Box L
Austin, Texas 78746
Phone: (512) 328-9099
Facsimile No. (512) 328-4132
Email: jjudge@jkplaw.com

*Stipulation to Dismiss*

\#

ATTORNEYS FOR PLAINTIFF



John Judge
State bar no. 11044500

DE ANDA LAW FIRM, P.C
Ricardo de Anda, Texas State Bar No. 05689500
212 Flores Avenue
Laredo, Texas 78040
Phone: (512) 328-9099
Facsimile No. (512) 328-4132
Email: deandalaw@gmail.com
ATTORNEYS FOR PLAINTIFF

WINCKLER & HARVEY, LLP
4407 Bee Cave Road, Building 2, Suite 222
Jay Harvey, Texas State Bar No. 09179600
Austin, Texas 78746
Phone: (512) 306-1800
Facsimile No. (512) 593-7399
Email: jharvey@wincklerharvey.com
ATTORNEYS FOR PLAINTIFF

\#

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 11th day of October 2019 this the foregoing document has been served by email to the following counsel of record:

Wes Griggs, SBN 08489100
301 South 17th Street
P.O. Box 517
West Columbia, Texas 77486
Tel: 979-345-5188
Fax: 979-345-4246
Email: service@wesgriggslaw.com
ATTORNEY FOR DEFENDANT, CLAY DEAN HILL

Wesson H. Tribble, SBN 20213960

*Stipulation to Dismiss*

\#

Email: wtribble@tribblelawfirm.com
TRIBBLE ROSS
6371 Richmond Avenue
Houston, Texas 77057
Monica C. Vaughan, SBN 00794787
Email: mvaughan@tribblelawfirm.com
Jennifer Sheedy, SBN 24099955
Email: jsheedy@tribblelawfirm.com
ATTORNEYS FOR DEFENDANT, SHILOH TREATMENT CENTER, INC.

Taylor Anderson, LLP
Floyd Hartley, Jr. SBN 798242
Sonia E. Johnson SBN 24002536
8150 N. Central Expressway, Suite 920
Dallas, Texas 75206
Tel: 214-445-5848
fhartley@talawfirm.com
sjohnson@talawfirm.com
ATTORNEYS FOR DEFENDANTS, SOUTHWEST KEYS & JUAN SANCHEZ

_____
John Judge