#

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 OCT 21  AM 8:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | |
|---|---|
| J.E.B., individually and as next friend to F. C. B., Plaintiff, § § § § § | CIVIL NO.: 1:19-CV-444-LY |
| VS. § § | |
| CLAY DEAN HILL, individually and d/b/a SHILOH TREATMENT CENTER, SHILOH TREATMENT CENTER, INC.); JUAN J. SANCHEZ, INDIVIDUALLY and d/b/a, SOUTHWEST KEY; AND SOUTHWEST KEY PROGRAMS, INC, Defendant. § § § § § § § § § | |

## ORDER

The Parties' Stipulation to Dismiss Without Prejudice is before the court, which having considered the same, finds it to be well taken, and concludes that it should be GRANTED.

It is accordingly ORDERED that this case be, and the same is hereby DISMISSED WITHOUT PREJUDICE, provided further that Defendants do not waive any rights they may have pursuant to Federal Rule of Civil Procedure 41(d) to seek reimbursement of all or a part of their costs from this suit in the unlikely event that Plaintiff refiles this action. #

Signed of this 21st day of October, 2019

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

*Order to Dismiss*

1