IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.E.B., INDIVIDUALLY AND AS NEXT FRIEND TO F.C.B., <br> PLAINTIFF, <br><br> V. <br><br> CLAY DEAN HILL, OWNER OF SHILOH TREATMENT CENTER, D/B/A SHILOH TREATMENT CENTER; SHILOH TREATMENT CENTER, INC., JUAN J. SANCHEZ, FORMER CEO AND CONTROLLING INDIVIDUAL IN THE SWK ENTITIES; SOUTHWEST KEY PROGRAMS, INC., D/B/A SOUTHWEST KEY, <br> DEFENDANTS. | § § § § § § § § § § § § § § § § | CAUSE NO. 1:19-CV-444-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _21st_ day of October, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE